**LAW OFFICE OF EDWARD PICHARDO PLLC**
*350 5TH AVENUE, 59TH FLR.*
*NEW YORK, NEW YORK 10118*
*718-514-9099*
*edp@lawofficeofedwardpichardo.com*

January 6, 2020

**BY ECF/HAND DELIVERY**

The Honorable Barbara Moses
United States Magistrate
Southern District of New York
500 Pearl Street, Courtroom 20A
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/20
```

**Re:** <u>**United States v. Winder Casilla**</u>

**19MG12016 (BM)**

Dear Honorable Judge Moses,

I am writing to request an extension of the bond conditions that were ordered by the court, in particular the condition that the defendant secure two surety for the appearance bond by January 6, 2020. The US Attorney has agreed to an extension until Friday, January 10, 2020.

No prior applications have been made. Thank you for your time and attention to this matter.

Respectfully submitted,

/s/Edward Pichardo

Edward Pichardo, Esq.

**APPLICATION GRANTED**

Barbara Moses 1/7/20

**Barbara Moses, U.S.M.J.**